IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| **TENA MCCOO** § <br> § <br> **V.** § <br> § <br> **NATIONWIDE RECOVERY SYSTEMS,** § <br> **LTD, NATIONAL CREDIT** § <br> **ADJUSTERS, LLC, EQUIFAX** § <br> **INFORMATION SERVICES, LLC,** § <br> **EXPERIAN INFORMATION** § <br> **SOLUTIONS, INC., AND TRANS** § <br> **UNION, LLC.** § | No. 5:23CV143-RWS-JBB |

### ORDER OF DISMISSAL AS TO DEFENDANTS NATIONWIDE RECOVERY SYSTEMS, LTD. AND EXPERIAN INFORMATION SOLUTIONS, INC.

Before the Court is Plaintiff's Notice of Voluntary Dismissal as to Defendants Nationwide Recovery Systems, Ltd. and Experian Information Solutions, Inc. Docket No. 19. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Tena McCoo voluntarily dismisses, with prejudice, all remaining claims against Defendant Nationwide Recovery Systems, Ltd. and Defendant Experian Information Solutions, Inc., neither of which has served an answer or a motion for summary judgment. Accordingly, it is hereby

**ORDERED** that Plaintiff's Notice of Voluntary Dismissal as to Defendants Nationwide Recovery Systems, Ltd. and Experian Information Solutions, Inc. (Docket No. 19) is **ACCEPTED**. Plaintiff's claims against Defendant Nationwide Recovery Systems, Ltd. and Defendant Experian Information Solutions, Inc are **DISMISSED WITH PREJUDICE**.[1]

The Clerk is directed to terminate Nationwide Recovery Systems, Ltd. and Experian Information Solutions, Inc. as parties to this case.

---

[1] This Order of Dismissal has no effect on Plaintiff's claims against the remaining defendants.

**IT IS SO ORDERED**.

**SIGNED this 15th day of February, 2024.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE