# IN THE UNITED STATES DISTRICT COURT
# OF THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | |
|---|---|
| TENA MCCOO § § V. § § NATIONWIDE RECOVERY SYSTEMS,§ LTD, NATIONAL CREDIT § ADJUSTERS, LLC, EQUIFAX § INFORMATION SERVICES, LLC, § EXPERIAN INFORMATION § SOLUTIONS, INC., AND TRANS § UNION, LLC § | No. 5:23CV143-RWS-JBB |

## ORDER OF DISMISSAL AS TO DEFENDANTS
## TRANS UNION, LLC AND EQUIFAX INFORMATION SERVICES, LLC

Before the Court is the Joint Stipulation of Dismissal With Prejudice as to Defendants Trans Union, LLC and Equifax Information Services, LLC. Docket No. 21. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Tena McCoo ("Plaintiff") and Defendants Trans Union, LLC and Equifax Information Services, LLC ("Settling Parties") stipulate to the dismissal with prejudice of Plaintiff's claims against Trans Union, LLC and Equifax Information Services, LLC, with each party to bear its own attorney's fees and costs. Accordingly, it is hereby

**ORDERED** that the Joint Stipulation of Dismissal With Prejudice as to Defendants Trans Union, LLC and Equifax Information Services, LLC (Docket No. 21) is **ACCEPTED**. Plaintiff's claims against Defendants Trans Union, LLC and Equifax Information Services, LLC are **DISMISSED WITH PREJUDICE**, with each party to bear its owns attorney's fees and costs.[1]

The Clerk of Court is directed to terminate Trans Union, LLC and Equifax Information Services, LLC as parties to this case.

---

[1] This Order of Dismissal has no effect on Plaintiff's claims against remaining defendant National Credit Adjusters, LLC.

**IT IS SO ORDERED**.

**SIGNED this 21st day of February, 2024.**

*Robert W Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE