IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| TENA MCCOO § <br> § <br> V. § <br> § <br> NATIONWIDE RECOVERY SYSTEMS, § <br> LTD, NATIONAL CREDIT § <br> ADJUSTERS, LLC, EQUIFAX § <br> INFORMATION SERVICES, LLC, § <br> EXPERIAN INFORMATION § <br> SOLUTIONS, INC., AND TRANS § <br> UNION, LLC § | No. 5:23CV143-RWS-JBB |

### ORDER OF DISMISSAL AS TO REMAINING DEFENDANT NATIONAL CREDIT ADJUSTERS, LLC

Before the Court is the Notice of Voluntary Dismissal as to Defendant National Credit Adjusters, LLC. Docket No. 23. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Tena McCoo ("Plaintiff") dismisses, without prejudice, Defendant National Credit Adjusters, LLC. National Credit Adjusters, LLC has not yet appeared in this action and has not served an answer, a motion for summary judgment, or any other responsive pleading. Accordingly, it is hereby

**ORDERED** that the Notice of Voluntary Dismissal as to Defendant National Credit Adjusters, LLC (Docket No. 23) is **ACCEPTED** by the Court. It is further

**ORDERED** that Plaintiff's claims against Defendant National Credit Adjusters, LLC are **DISMISSED WITHOUT PREJUDICE**.

The Clerk of the Court is directed to **CLOSE** this case.

**So ORDERED and SIGNED this 12th day of March, 2024.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE